# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-792-L** |
| | § | |
| **ROBERT HAGUE-ROGERS,** *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The April 19, 2011 Memorandum Opinion and Order, as modified by the court's May 2, 2011 Order and June 24, 2011 Order, shall remain in effect until July 7, 2011, at 5:00 p.m. for the reasons stated in open court.

**It is so ordered** this 1st day of July, 2011.

_____
Sam A. Lindsay
United States District Judge

**Order - Solo Page**