IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-792-L |
| | § | |
| ROBERT HAGUE-ROGERS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

ORDER

Before the court is the United States of America's Unopposed Motion to Modify Preliminary Injunction, filed July 6, 2012. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the Court's July 7th preliminary injunction is lifted to the extent necessary to name, authorize and otherwise appoint Ken Polk and his firm, C.P.R. & Associates, LLC, as successor co-trustees of the Plan. Such successor co-trustees of the Plan shall have the rights, powers, trusts, immunities, duties and obligations which Robert Hague-Rogers and/or HR Sales and Marketing, Inc. may now hold, or may have previously held.

IT IS FURTHER ORDERED that the Court's July 7th preliminary injunction in this case also shall be lifted to the extent necessary to permit Robert Hague-Rogers and/or HR Sales and Marketing, Inc. to take whatever appropriate action necessary to expedite the issuance of appropriate instruments of conveyance designating and confirming said appointment. No other persons, funds or property subject to the Court's July 7th preliminary

Order - Page 1

injunction are affected by this Order.

IT IS FURTHER ORDERED that this Order shall be considered served upon any person or entity based upon actual notice, whether by telephone, facsimile, mail or other means.

IT IS FURTHER ORDERED that the Court's July 7th preliminary injunction is modified only to the extent herein set forth, and the relief granted therein shall remain in effect unless and until otherwise modified in writing by the Court.

**It is so ordered** this 10th day of July, 2012.

                              _____
                              Sam A. Lindsay
                              United States District Judge

**Order - Page 2**